**No. 59724.**—L. Barbier *v.* United States, protest 255991–K (New York).

Opinion by JOHNSON, J. An examination of the record showing that the protest was filed more than 60 days after liquidation, same was dismissed as untimely. Following *Sucrest Corporation* v. *United States* (31 C. C. P. A. 220, C. A. D. 275), it was further held that payment of duties is a condition precedent to the right to file a protest.